# U.S. District Court

## Maryland - Baltimore

Receipt Date: Nov 25, 2024 4:00PM

Heather L. Scartocci

| Rcpt. No: 10766 | | Trans. Date: Nov 25, 2024 4:00PM | | | Cashier ID: #AV |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: Case no. 1:24-cv-3402-BAH

A $53 fee will be charged for NSF checks. Criminal Debt Payments can be made on-line at https://www.pay.gov/public/form/start/741690530. Payment must be made by money order, check, or debit card only. For questions call 410-962-2613.